UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEGAN M. HANFORD,

                Plaintiff,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. C11-1469-JCC-BAT

**REPORT AND RECOMMENDATION**

Plaintiff Megan M. Hanford seeks judicial review of the denial of her applications for disability insurance benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 21.

The Court has considered the parties' stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge shall:

(1) Update the treatment evidence on plaintiff's medical condition through her date last insured;

(2) If warranted, obtain evidence from a medical expert to clarify the nature and severity of the claimant's impairment;

REPORT AND RECOMMENDATION - 1

  (3) Re-evaluate plaintiff's obesity as a possible severe impairment in accordance with Social Security Ruling 02-1p;

  (4) Expressly evaluate the non-examining medical source opinions and explain the reasons for the weight given to this opinion evidence;

  (5) Further consider plaintiff's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations;

  (6) Further consider whether plaintiff has past relevant work she could perform with the limitations established by the evidence; and

  (7) As appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on plaintiff's occupational base.

  The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

  Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

  DATED this 21st day of February, 2012.

                _____
                BRIAN A. TSUCHIDA
                United States Magistrate Judge

REPORT AND RECOMMENDATION - 2