THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGAN M. HANFORD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner<br><br>of Social Security,<br><br>Defendant. | CASE NO. C11-1469-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulation (Dkt. No. 21), whereby they agree that the above-captioned case be reversed and remanded for further administrative proceedings including a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will be instructed to: (1) update the treatment evidence on Plaintiff's medical condition through her date last insured; (2) if warranted, obtain evidence from a medical expert to clarify the nature and severity of the claimant's impairment; (3) re-evaluate Plaintiff's obesity as a possible severe impairment in accordance with Social Security Ruling 02-1p; (4) expressly evaluate the non-examining medical source opinions and explain the reasons for the weight given to this opinion evidence; (5) further consider Plaintiff's residual functional

ORDER
PAGE - 1

capacity on the updated record, citing specific evidence in support of the assessed limitations; (6) further consider whether Plaintiff has past relevant work she could perform with the limitations established by the evidence; and (7) as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base. The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

IT IS SO ORDERED.

DATED this 21st day of February 2012.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE